BELLE E. SOMMERICH, Respondent, *v.* JOSEPH B. MILLER, Individually and as Trustee of Series N-69 of NEW YORK TITLE AND MORTGAGE COMPANY, Appellant.

Argued November 29, 1943; decided January 6, 1944.

*Reid A. Curtis* for appellant.

*Seymour J. Wilner* and *Walter M. Weis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.